IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES DOUG MCCRAY,

      Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2521

Opinion filed December 8, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Seth E. Miller, Tallahassee, for Petitioner.

Rana Wallace, General Counsel, and Mark J. Hiers, Assistant General Counsel, Florida
Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., ROWE and WINSOR, JJ., CONCUR.